**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1348**

---

In re:  ASHFORD JAMES SIMMONS,

　　　　　Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Greenville.  (6:15-cr-00695-TMC-1)

---

Submitted:  May 21, 2024                                      Decided:  August 28, 2024

---

Before WYNN, Circuit Judge, and KEENAN and FLOYD, Senior Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Ashford James Simmons, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ashford James Simmons petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his original and supplemental 28 U.S.C. § 2255 motions. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court entered an order on April 26, 2024, denying Simmons' original § 2255 motion and dismissing his supplemental § 2255 motion as untimely. Accordingly, because the district court has recently decided Simmons' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
